UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:24-cv-00903-CEM-RMN

TOMAS RAMOS,

    Plaintiff,

v.

JACK'S LEGACY SERVICES LLC.,

    Defendant.

_____/

**JOINT NOTICE REGARDING APPROVAL OF SETTLEMENT**

    Plaintiff, TOMAS RAMOS ("Plaintiff"), and Defendant, JACK'S LEGACY SERVICES LLC. ("Defendant") (Plaintiff and Defendant collectively referred to as "The Parties"), by and through their undersigned counsel, and pursuant to this Court's Order [D.E.19] hereby file this Joint Notice Regarding Approval of Settlement, and state as follows:

    1.    The Parties' Settlement Agreement, which is attached to the Joint Motion for Approval, is the only agreement entered into by the Parties.

    2.    The Parties have not entered into any other agreement, in any way related to this action and/or containing a general release, confidentiality provision,

–2–

and/or a non-disparagement provision, neither orally nor in writing, that has not been disclosed to the Court.

3. With regard to information related to the Plaintiff's fee award: Plaintiff's counsel, Noah E. Storch, Esq. and Andres Kroboth, Esq., charge an hourly rate of $450.00. The total hours spent on the instant action was 13.8 hours. Additionally, costs related to the action include $59.89 for process server fee, and $405.00 for filing fee, totaling $464.89 in costs.

Respectfully submitted this 8th day of August, 2024.

| /s/ *Andres Kroboth* | /s/ *Frank E. Brown* |
|---|---|
| Noah E. Storch, Esq. | FRANK E. BROWN |
| Florida Bar No.: 0085476 | Florida Bar No. 734969 |
| Andres Kroboth, Esq. | BUSH GRAZIANO RICE & |
| Florida Bar No.: 1016483 | HEARING, P.A. |
| RICHARD CELLER LEGAL, P.A. | 100 S. Ashley Drive, Suite 1400 |
| 10368 W. SR 84, Suite 103 | Tampa, Florida, 33602 |
| Davie, Florida 33324 | Tel: (813) 228-7000 |
| Telephone: (866) 344-9243 | Fax: (813) 273-0091 |
| Facsimile: (954) 337-2771 | Primary emails: |
| E-mail: | fbrown@bgrplaw.com; |
| Andres@floridaovertimelawyer.com | Secondary emails: |
| Noah@floridaovertimelawyer.com | mmcleod@bgrplaw.com; |
|  | awhiteside@bgrplaw.com |
| *Counsel for Plaintiff* | *Counsel For Defendant* |