UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**TOMAS RAMOS,**

      **Plaintiff,**

v.                                            Case No. 6:24-cv-903-CEM-RMN

**JACK'S LEGACY SERVICES, LLC,**

      **Defendant.**
_____/

### ORDER

THIS CAUSE is before the Court on the Joint Motion for Approval of Settlement ("Motion," Doc. 19). The United States Magistrate Judge issued a Report and Recommendation (Doc. 22), recommending that the Motion be granted. (*Id.* at 1, 6).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 22) is **ADOPTED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement (Doc. 19) is **GRANTED**.

      a. The Settlement Agreement (Doc. 19-1) is **APPROVED.**

3. This case is **DISMISSED with prejudice.**

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on September 17, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record